In the Matter of JONATHAN CARRINGTON, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [798 NYS2d 700]—

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Franklin County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III disciplinary determination finding him guilty of violating the prison disciplinary rule that prohibits creating a disturbance after he became agitated and argumentative when called to the Inmate Grievance Office to discuss a letter of complaint that he had written. Contrary to petitioner's contention, the misbehavior report and testimony of its author provide substantial evidence to support the determination of guilt (*see Matter of Valentine v Goord*, 18 AD3d 997, 998 [2005]; *Matter of Bragg v Selsky*, 16 AD3d 875 [2005]). Petitioner's allegation that the misbehavior report was issued in retaliation for the numerous letters of complaint that he had written to various prison officials created a credibility issue for the Hearing Officer to resolve (*see Matter of Shell v Superintendent of Oneida Correctional Facility*, 18 AD3d 1044, 1044-1045 [2005]; *Matter of Valentine v Goord, supra*). Finally, there is no indication that the Hearing Officer was biased or that the determination flowed from any alleged bias (*see Matter of Moore v Goord*, 16 AD3d 800 [2005]). Petitioner's remaining contentions were not properly preserved for our review.

Crew III, J.P., Peters, Carpinello, Mugglin and Lahtinen, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.